UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 653, ) <br> HEALTH, WELFARE AND INSURANCE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOUTHEASTERN METAL FABRICATORS, INC., ) <br> ) <br> ) <br> Defendant. ) | **Case No.:** |

# COMPLAINT

## Parties and Jurisdiction

1. This is an action under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*, as amended by the Multi-Employer Pension Plan Amendments Act ("MPPAA"), 29 U.S.C. § 1381 *et seq.*, brought on behalf of Teamsters Local Union No. 653, Health, Welfare and Insurance Fund ("the Fund") for damages and injunctive relief arising from unpaid delinquent contributions.

2. This court has jurisdiction and venue lies in this district pursuant to ERISA § 502(e), 29 U.S.C. § 1132(e) and ERISA § 4301, 29 U.S.C. § 1451.

3. The Fund is an "employee welfare benefit plan" or "welfare plan" within the meaning of ERISA § 3(1), 29 U.S.C. § 1002(1), and is an "employee benefit plan" or "plan" within the meaning of ERISA § 3(3), 29 U.S.C., § 1002 (3). Plaintiff has its principal place of business at 4-B Hampden Drive, South Easton, MA, 02375.

4. Defendant Southeastern Metal Fabricators, Inc. ("Southeastern Metal") is a corporation with a principal place of business on Air Station Industrial Park, Rockland, MA 02370.

5. Defendant Southeastern Metal is an "employer" within the meaning of ERISA § 3(5), 29 U.S.C. § 1002(5) and an employer in an industry affecting commerce within the meaning of 29 U.S.C. § 142(1) and § 152(2), (6) and (7).

6. Teamsters Local Union No. 653 is a "labor organization" within the meaning of 29 U.S.C. § 152(5).

## Count I
(Delinquent Contributions)

7. Plaintiff hereby incorporates by reference as if set forth herein paragraphs 1-6 of this Complaint.

8. At all material times, Defendant Southeastern Metal was obligated by the terms of one or more collective bargaining agreements between it and Teamsters Local Union No. 653 and by the terms of Agreement and Declaration of Trust to which Defendant Southeastern Metal was bound to make contributions on behalf of certain employees to the Fund.

9. Defendant Southeastern Metal has failed to make required monthly contributions to the Fund in violation of Section 515 of ERISA, 29 U.S.C. § 1145.

WHEREFORE, Plaintiff demands that judgment enter against Defendant Southeastern Metal Fabricators, Inc. in accordance with Section 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2):

1. Awarding the Fund the following amounts:

   a. the unpaid contributions;
   b. interest on those contributions;
   c. liquidated damages in an amount equal to the greater of interest on the unpaid contributions or 20% of the unpaid contributions;
   d. all costs and reasonable attorney's fees incurred by the Fund in connection with this action; and

2. Ordering such other and further relief as this court may deem just and proper.

Dated: September 28, 2020                                          Respectfully Submitted,

/s/ Melissa A. Brennan
Melissa A. Brennan, Esq.
BBO # 669489
mab@fczlaw.com
Catherine M. Campbell, Esq.
BBO # 549397
cmc@fczlaw.com
**Feinberg, Campbell & Zack, PC**
177 Milk Street, Suite 300
Boston, MA 02109
(617) 338-1976

## CERTIFICATE OF SERVICE

I, Melissa A. Brennan, hereby certify that I caused a copy of the foregoing to be delivered by certified mail, return receipt requested, on this date, to the United States Secretaries of Labor and the Department of Treasury.

Dated: September 28, 2020                                          /s/ Melissa A. Brennan
                                                                                                Melissa A. Brennan, Esq.