# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 653 )<br>HEALTH, WELFARE AND INSURANCE FUND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHEASTERN METAL FABRICATORS, INC., )<br>)<br>)<br>Defendant. ) | C. A. No.: 20 - 11767 DPW |

## AGREEMENT FOR JUDGMENT FOR THE PLAINTIFF

The Plaintiff, Teamsters Local Union No. 653 Health, Welfare and Insurance Fund, and the Defendant, Southeastern Metal Fabricators, Inc., hereby stipulate and agree to enter this Judgment for the Plaintiff against the Defendant for a total of $410,126.14, for the arrearage on the agreement for delinquent hours from 2016 through 2019 in the amount of $393,271.67, interest in the amount of $15,730.87 and attorney's fees and costs in the amount of $1,123.60.

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant the sum of $410,126.14.


/s/ Michael Clark                                             /s/ Ronald J. Anderson


*Michael Clark, On behalf of Teamsters Local Union No. 653 Health, Welfare and Insurance Fund*

Date: February 23, 2021

*Ronald J. Anderson, On behalf of Southeastern Metal Fabricators, Inc.*

Date: February 22, 2021

| | |
|---|---|
| <u>Melissa A. Brennan</u><br>Melissa A. Brennan (BBO # 669489)<br>mab@fdb-law.com<br>Catherine M. Campbell (BBO # 549397)<br>cmc@fdb-law.com<br>**Feinberg, Dumont & Brennan**<br>177 Milk Street, Suite 300<br>Boston, MA 02109<br>Tel.: (617) 338-1976<br><br>*Counsel for Plaintiff Teamsters Local Union No. 653 Health, Welfare and Insurance Fund* | <u>D. Ethan Jeffery</u><br>D. Ethan Jeffery (BBO # 631941)<br>Michael C. Barker, (BBO # 698939)<br>**Murphy & King, P.C.**<br>One Beacon Street, Floor 21<br>Boston, MA 02108<br>Tel.: (617) 423-0400<br>EJeffery@murphyking.com<br>MBarker@murphyking.com<br><br>*Counsel for Defendant Southeastern Metal Fabricators, Inc.* |