UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TEAMSTERS LOCAL UNION NO. 653
HEALTH, WELFARE AND INSURANCE FUND,
        Plaintiff,

                                            CIVIL ACTION NO.
                                            20-11767-DPW
    v.

SOUTHEASTERN METAL FABRICATORS, INC.,
        Defendant.

**JUDGMENT**

WOODLOCK, District Judge

    In accordance with the Agreement for Judgment [ECF# 12] filed with the Court on February 26, 2021, it is hereby ORDERED, ADJUDGED AND DECREED:

    Judgment for the Plaintiff against the Defendant for a total of $410,126.14, for the arrearage on the agreement for delinquent hours from 2016 through 2019 in the amount of $393,271.67, interest in the amount of $15,730.87 and attorney's fees and costs in the amount of $1,123.60.

                                            BY THE COURT,

                                            /s/ Barbara I. Beatty
                                            Deputy Clerk

DATED: March 2, 2021