## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 653 HEALTH, WELFARE AND INSURANCE FUND,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEASTERN METAL FABRICATORS, INC.,<br><br>Defendant,<br><br>and<br><br>MOUNTAINONE BANK,<br><br>Trustee. | C. A. No.: 20-11767 DPW |

## MOTION TO CHARGE TRUSTEE

Now comes the Plaintiff, Teamsters Local Union No. 653 Health, Welfare and Insurance Fund, and states that the Trustee, MountainOne Bank, has filed an Answer stating that at the time of the service of summons, it was holding the sum of $94,411.89.

WHEREFORE, the Plaintiff moves that the Trustee, MountainOne Bank, be charged upon its Answer and ordered to turn over the above funds to Plaintiff, the judgment debtor.

Dated: July 15, 2021

Attorney for Plaintiff,
Teamsters Local Union No. 653 Health,
Welfare and Insurance Fund

/s/ Melissa A. Brennan
Melissa A. Brennan, Esq.
BBO # 669489
mab@fdb-law.com
Catherine M. Campbell, Esq.
BBO # 549397
cmc@fdb-law.com
Feinberg, Dumont & Brennan
177 Milk Street, Suite 300
Boston, MA 02109
Tel.: (617) 338-1976

## CERTIFICATE OF SERVICE

  I, Melissa A. Brennan, hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as indicated on the Notice of Electronic Filing (NEF) and hard copies will be sent by First-Class mail to those identified as non-registered participants.

Dated:  July 15, 2021　　　　　　　　　　　　　/s/ Melissa A. Brennan　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Melissa A. Brennan, Esq.